**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Kenneth Alfred Doggett
Attorney at Law
P.O. Box 13498
Alexandria LA 71315-3498


**REHEARING ACTION: August 25, 2010**

**Docket Number: 10   00005-CA**

**GLYNN P. GREMILLION**
**VERSUS**
**ANITA GRIMES GREMILLION**

**Appealed from Avoyelles Parish Case No. 2004-6979-A**


**BEFORE JUDGES:**

      **Hon. Jimmie C. Peters**
      **Hon. Marc T. Amy**
      **Hon. J. David Painter**
      **Hon. James T. Genovese**
      **Hon. Shannon J. Gremillion**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Glynn P. Gremillion** has this day been

      **DENIED.**


cc: Alfred Bruce Shapiro, Counsel for the Appellant